BENJAMIN R. LEVINSON-SBN 116675
LAW OFFICE OF BENJAMIN R. LEVINSON
A Professional Corporation
46 N. Second Street, Suite A
Campbell, California 95008
Telephone: (408) 866-2999
Facsimile: (408) 866-2992
E-Mail: ben@benlevinsonlaw.com

Attorney for Secured Creditor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

In re:

MARISA ANN BELLECI,

                Debtor.
_____/

Case No. 14-40261-WJL
Chapter 13

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

TO THE COURT, THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE DEBTOR, THE DEBTOR'S ATTORNEY OF RECORD, AND THE UNITED STATES TRUSTEE:

The undersigned files this Notice of Appearance as attorney for Secured Creditor Magnate Fund #3, LLC ("Creditor") in accordance with Bankruptcy Rule 9010(b) and hereby requests that it be served with all pleadings, court notices, motions and other documents and papers pertaining to the above-captioned case, including all notices required by Bankruptcy Rule 2002. All such pleadings and notices are to be sent to the attorney for Creditor at the address listed below:

        LAW OFFICE OF BENJAMIN R. LEVINSON
        A Professional Corporation
        46 N. Second Street, Suite A
        Campbell, CA 95008

---

1

NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

and to the loan servicing agent for the Creditor at:

>    LHJS Investments
>    1355 Willow Way, Suite 261
>    Concord, CA 94520

Dated: January 29, 2014                                    Respectfully submitted,

                                                           Law Office of Benjamin R. Levinson
                                                           A Professional Corporation


                                                           /S/     *BENJAMIN R. LEVINSON*
                                                           BENJAMIN R. LEVINSON, Attorney for
                                                           Secured Creditor

---

2
NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE