

The following constitutes the order of the court.
Signed April 29, 2014

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

In re )
)
Marisa Ann Belleci, ) Case No. 14-40261
)
) Chapter 11
Debtor. )
_____ )

**MEMORANDUM REGARDING REQUIRED DOCUMENT NOT FILED**

On April 8, 2014, the above-captioned case was converted by Court order from chapter 13 to chapter 11. On April 9, 2014, a Notice was sent to the debtor directing the debtor to file the List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4) within fourteen (14) days or the case might be dismissed without further notice. The Court notes that the required document was not filed within that time frame, nor has it been filed to date. Based on the foregoing, it is hereby

ORDERED THAT:

If the debtor does not file the List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4) within **seven (7) days** of entry of this order, the case will be DISMISSED.

**END OF MEMORANDUM**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | Marisa Ann Belleci |
| | 4320 Foothill Way |
| 3 | Pittsburg, CA 94565 |
| 4 | Chris D. Kuhner |
| | Kornfield, Nyberg, Bendes and Kuhner |
| 5 | 1970 Broadway Suite 225 |
| | Oakland, CA 94612 |
| 6 | |
| | Office of the U.S. Trustee/Oak |
| 7 | Office of the U.S. Trustee |
| | 1301 Clay St. #690N |
| 8 | Oakland, CA 94612 |

Case: 14-40261    Doc# 54    Filed: 04/29/14    Entered: 04/30/14 08:13:07    Page 2 of 2